UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DONALD YORK EVANS, et al.,

       Plaintiffs,                    3:08-CV-0353-RCJ (VPC)

vs.                                   **MINUTES OF THE COURT**

INMATE CALLING SOLUTIONS, *et al.*,    Date:  September 23, 2010

       Defendants.
                                      /

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Plaintiff John Witherow's motion for pretrial conference (#177) is **DENIED**.  The court has issued an order outlining a briefing schedule and setting a hearing for December 1, 2010 (#175).  The parties are ordered to follow that definitive schedule and are cautioned that no extensions of time will be granted.

     In the event that Mr. Witherow is released from prison prior to the hearing date, he may appear at the hearing telephonically if he is not residing in the Reno-Sparks or Carson City area.  Mr. Witherow may make those arrangements by calling the Courtroom Administrator, Lisa Mann (775-686-5653), two days prior to the hearing and providing her with a telephone number where he may be reached on the date of the hearing.  Otherwise, Mr. Witherow may appear personally at his own expense.

     **IT IS SO ORDERED.**

                                                   LANCE S. WILSON, CLERK

                                   By:        /s/
                                      Deputy Clerk