JOHN WITHEROW
P.O. Box 5123
Traverse City, MI 49686-5123
231.313.0059

Plaintiff in Proper Person



UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DONALD YORK EVANS and
JOHN WITHEROW,

        Plaintiffs,                  3:08-cv-00353-GMN-VPC

-vs-

INMATE CALLING SOLUTIONS,      SUBSTITUTION OF COUNSEL
EMBARK, GLOBAL, HOWARD
SKOLNIK, DON HELLING,
WILLIAM DONAT, BRIAN
HENLEY, LEA BAKER, INGRID
CONNALLY, JOHN/JANE DOE
I-XXX and BLACK AND WHITE
CORP. I-X,

        Defendants.
_____/

        Plaintiff, JOHN WITHEROW, acting in proper person, hereby requests Attorney CAL POTTER be substituted as his counsel of record in the above captioned action in the place and stead of himself in proper person.

        DATED this 20th day of December, 2010.

                                                     /s/ John Witherow
                                                   JOHN WITHEROW

CAL POTTER, Attorney at Law, hereby agrees to the substitution of himself as counsel of record for Plaintiff JOHN WITHEROW in the above captioned action in the place and stead of Plaintiff JOHN WITHEROW in proper person.

DATED this 5th day of January, 2011.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: January 4, 2011

CAL POTTER, Esq.
1125 Shadow Lane
Las Vegas, NV 89102
(702) 385-1954

Certificate of Service

The undersigned hereby certifies that on the below date a copy of the foregoing Substitution of Counsel was mailed to:

ROBERT SIMON
Deputy Attorney General
100 N. Carson St.
Carson City, NV 89701-4717

ANDRE BOLES
Law Offices of Andre Boles
423 Mill St.
Reno, NV 89502

Dated this 5th day of January, 2011.