# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD YORK EVANS, et al.,

       Plaintiffs,                  3:08-CV-0353-GMN (VPC)

vs.                                    **MINUTES OF THE COURT**

INMATE CALLING SOLUTIONS, *et al.*,    Date: April 14, 2011

       Defendants.

                                      /

PRESENT:
THE HONORABLE   VALERIE P. COOKE  , UNITED STATES MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF:   NONE APPEARING

COUNSEL FOR DEFENDANTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      In light of the District Court's order dated April 12, 2011 (#213) granting in part plaintiff John Witherow's motion for extension of time to file reply to defendants' opposition to motion for leave to substitute specific names for Doe defendants and to file the response to motion for summary judgment (#209), the order dated April 8, 2011 by the Magistrate Judge (#211) is hereby **VACATED**.

      The reply to defendants' opposition to motion for leave to substitute specific names for Doe defendants (#208) shall be filed on or before **Friday, April 29, 2011**.  The opposition to defendants' motion for summary judgment (#207) shall be filed on or before **Friday, April 29, 2011.  No extensions of time shall be granted.**

      **IT IS SO ORDERED.**

                                              LANCE S. WILSON, CLERK

                              By:      /s/
                                    Deputy Clerk