# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO, NEVADA

DONALD YORK EVANS, et al.,    )
    )
       Plaintiff(s),    )
    )
vs.    )
    )
HOWARD SKOLNIK, et al.,    )
       Defendant(s),    )
_____   )

CASE NO: 3:08-cv-0353-RCJ-VPC

_____ FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 28 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# REDACTED
# VERDICT

1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                           DISTRICT OF NEVADA
7                                  * * *
8
9
    DONALD YORK EVANS et al.,
10
                   Plaintiffs,                 No. 3:08-cv-00353-RCJ-VPC
11
           vs.
12                                             **VERDICT FORM**
    HOWARD SKOLNIK et al.,
13
                   Defendants.
14
15
           WE THE JURY, having fully deliberated in this matter, have reached a unanimous decision
16
    concerning the claims in this case, as follows:
17
18
    1.     Did either Defendant violate Plaintiff John Witherow's rights under the Omnibus Crime Control
19
    and Safe Streets Act of 1968?
20
    a.     Lea Baker:             No
21
    b.     Ingrid Connally:       No
22
23
    **Have the Presiding Juror sign and date this Verdict Form, and notify the bailiff that you have**
24
    **reached a verdict.**
25
    Dated this 28th day of August, 2013.
26