1  ADAM PAUL LAXALT
     Nevada Attorney General
2  IAN E. CARR
     Deputy Attorney General #13840
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel:  (775) 684-1259
6  E-mail:  icarr@ag.nv.gov

7  *Attorneys for Defendant*
   *Lea Baker*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JOHN WITHEROW, | Case No. 3:08-cv-00353-RCJ-VPC |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT (ECF No. 381) |
| LEA BAKER AND INGRID CONNALLY, | |
| Defendants. | |

Defendant Lea Baker, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submits a Motion for Extension of Time to File a Motion for Summary Judgment (ECF No. 381). This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.   **ARGUMENT**

Defendant respectfully requests a thirty (30) day extension of time out from the current deadline (August 28, 2018) to file a dispositive motion in this case. Counsel for Defendant is confronted with numerous competing deadlines and a high workload due to staffing changes in the Office of the Attorney General. However, such obstacles are currently being resolved and the requested extension of time should afford Defendant adequate time to draft and submit a dispositive motion addressing the remaining issues in this case.

1

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendant's request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough briefing of the remaining issues in this case. The requested thirty (30) day extension of time should permit Defendants time to submit a dispositive motion. Defendant asserts that the requisite good cause is present to justify the extension.

For these reasons, Defendant respectfully requests a thirty (30) day extension of time from the current deadline to file a dispositive motion in this case, with a new deadline to and including Thursday, September 27, 2018.

DATED this 28th day of August, 2018.

        ADAM PAUL LAXALT
        Attorney General

        By: _____
            IAN E. CARR
            Deputy Attorney General
            Bureau of Litigation
            Public Safety Division

        *Attorneys for Defendant*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE
DATED: _____