JOHN WITHEROW
P.O. Box 1922
Oakhurst, CA 93644
(231) 313-0059
hopeforfreedom@yahoo.com

Plaintiff in Proper Person

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN WITHEROW,

      Plaintiff,

-vs-

HOWARD SKOLNIK, DON HELLING,
WILLIAM DONAT, BRIAN
HENLEY, LEA BAKER, INGRID
CONNALLY, JOHN/JANE DOE
I-XXX and BLACK AND WHITE
CORP. I-X,

      Defendants.

3:08-cv-00353-RCJ-CBC

*ORDER*

**SUBSTITUTION OF COUNSEL**

    Plaintiff, JOHN WITHEROW, acting in proper person, hereby requests he be substituted, in proper person, as counsel of record in the above captioned action in the place and stead of Cal J. Potter, III, Esq., and Travis N. Barrick, Esq.

- 1 -

Plaintiff hereby informs the Court that Cal. J. Potter, III, Esq. died on November 23, 2017, in Las Vegas, Nevada, and is no longer counsel of record in the above captioned action.

DATED this 13th day of November, 2018.

JOHN WITHEROW
P.O. Box 1922
Oakhurst, CA 93644
(231) 313-0059
hopeforfreedom@yahoo.com

Plaintiff in Proper Person

TRAVIS N. BARRICK, Attorney at Law, hereby agrees to the substitution of JOHN WITHEROW as proper person counsel of record for himself in the above captioned action in the place and stead of TRAVIS N. BARRICK, Attorney at Law.

DATED this 12th day of November, 2018.

TRAVIS BARRICK, Esq.
540 E. St. Louis Ave.
Las Vegas, NV 89104
(702) 385-1892-3500
tbarrick@vegascase.com

IT IS SO ORDERED

U.S. MAGISTRATE JUDGE
DATED: 11/19/2018

- 2 -

## Certificate of Service

The undersigned hereby certifies that on the below date a copy of the foregoing Substitution of Counsel was mailed to:

IAN E. CARR, SBN 13840
Deputy Attorney General
100 N. Carson St.
Carson City, NV 89701-4717
Attorney for Defendants

Dated this 13th day of November, 2018.

*/s/ John Witherow*

JOHN WITHEROW