# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD YORK EVANS et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HOWARD SKOLNIK et al., <br><br> Defendants. | 3:08-cv-00353-RCJ-CBC <br><br> **ORDER** |

This case arises out of the monitoring of a prisoner's telephone calls. The Court has adjudicated all claims against Plaintiff. Plaintiff appealed and moved to proceed on appeal *in forma pauperis* but has moved to withdraw his motion because he has paid the filing fee.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Withdraw (ECF No. 398) is GRANTED, and the Motion for Leave to Proceed on Appeal in Forma Pauperis (ECF No. 394) is DENIED as moot.

Dated this 14th day of January, 2019.

                                                                    _____
                                                                    ROBERT C. JONES
                                                                    United States District Judge